

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

November 6, 1961

Honorable Jack Hardee  Opinion No. WW-1186
District Attorney
3rd Judicial District  Re: Whether Article 1334 of
Athens, Texas              the Penal Code applies
                           to third party wire
                           tapping on telephone
                           lines where a third
                           party taps a telephone
                           and intercepts a conver-
                           sation between two other
                           parties and related
Dear Mr. Hardee:           questions.

You have requested an opinion as follows:

"Please give me an opinion as to whether or
not wire tapping, that is where a third party
taps a telephone line and intercepts and re-
cords a conversation between two other parties,
comes under the above article."

Article 1334 of Vernon's Penal Code is as follows:

"If any person shall intentionally break, cut,
pull or tear down, misplace or in any other
manner injure any telegraph or telephone wire,
post, machinery, or other necessary appurte-
nances to any such line, or in any way wil-
fully obstruct or interfere with the trans-
mission of messages along such telegraph or
telephone line, he shall be confined in the
penitentiary not less than two nor more than
five years or be fined not less than one
hundred nor more than two thousand dollars."

The court in Southwestern Telegraph & Telephone Co.
v. Priest, 72 S.W. 241 (Civ. App. 1903), held:

"To constitute an offense under this article
/1334 V.P.C./, there must have been a break-
ing, cutting, etc., of some wire, post,
machinery, or other necessary appurtenance,

in such manner as to interfere with the
transmission of messages along the line."

It is the opinion of this office that "wire tapping"
as you defined it will not constitute a violation of the
above Article of the Penal Code in the absence of a willful
obstruction or interference with the transmission of messages
along such telephone lines. The interception and the record-
ing of a conversation between two other parties would not of
itself be an obstruction or interference with that conversation.

### S U M M A R Y

The "tapping" and recording of a telephone
conversation does not constitute a willful
obstruction or interference with the
transmission of messages as to violate
Article 1334 of Vernon's Penal Code.

                    Yours very truly,

                    WILL WILSON
                    Attorney General of Texas

                    By J. T. Walker

                    J. T. Walker
                    Assistant Attorney General

JTW:sh

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman
Joseph Trimble
Elmer McVey
Riley Fletcher

REVIEWED FOR THE ATTORNEY GENERAL
BY:  Houghton Brownlee, Jr.